| STATE OF LOUISIANA | * | NO. 2023-KA-0498 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| CRAIG L. CURLEY, SR. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*NEK* **ERVIN-KNOTT, J., CONCURS IN THE RESULT**

I respectfully concur in the result for the reasons assigned by Judge Brown.